1  THOMAS A. COLTHURST (CABN 99493)
   Attorney for the United States
2
   KATHERINE WAWRZYNIAK (CABN 252751)
3  Chief, Criminal Division

4  DAVID J. WARD (CABN 239504)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7230
        david.ward@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 21-00192 WHO |
| Plaintiff, | MOTION TO UNSEAL |
| v. | |
| WILLIAM GILMARTIN, III, | |
| Defendant. | |

On May 27, 2021, defendant William GILMARTIN pled guilty before this Court to a one-count Information charging him with Conspiracy to Commit Honest Services Wire Fraud. *Dkt 39, 40.* At the request of the government, Exhibit A of the Plea Agreement, containing the factual basis for the plea, was filed under seal because at the time the government's investigation of the facts underlying defendant GILMARTION's conduct was ongoing. There is no longer an investigative need by the government to keep defendant GILMARTIN's factual admissions in Exhibit A under seal. The undersigned Assistant U.S. Attorney consulted with counsel for defendant GILMARTIN, who has no objection to unsealing Exhibit A to the Plea Agreement.

//

MOTION TO UNSEAL/PROPOSED ORDER  1
CR 21-00192 WHO

Therefore, the government respectfully requests that this Court order that Exhibit A to defendant GILMARTIN's plea agreement be unsealed.

THOMAS A. COLTHURST
Attorney for the United States

Dated: June 7, 2023

*/s/ David J. Ward*
DAVID J. WARD
Assistant United States Attorney

For good cause shown, it is **SO ORDERED**.

Dated:

HONORABLE WILLIAM H. ORRICK
United States District Court Judge